UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FILIP C. IACOB,<br><br>               Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>               Defendant. | Case No. 2:14-cv-00923-JAD-GWF<br><br>**ORDER** |

    This matter is before the Court on the Joint Stipulation to Extend Discovery Deadlines (Fourth Request) (#29) filed June 9, 2015. Including this stipulation, the Court will have granted 480 days to conduct discovery. Although the Court will grant this stipulated discovery plan, no further extensions of discovery in this matter will be considered. Accordingly,

    **IT IS ORDERED** the proposed Joint Stipulation to Extend Discovery Deadlines (#29) is **grante**d. The following discovery plan and scheduling order dates shall apply:

    1.    Last date to complete discovery: **October 8, 2015**

    2.    Last date to file dispositive motions: **November 5, 2015**

    3.    Last date to file joint pretrial order: **November 9, 2015**

DATED this 12th day of June, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge