# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FILIP C. IACOB, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:14-cv-00923-JAD-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| LAS VEGAS METROPOLITAN POLICE ) | |
| DEPARTMENT, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on Plaintiff's Motion to Compel (#38). The Court conducted a hearing on this matter on December 15, 2015 and granted the Motion to Compel on the record. The Court also granted Plaintiff's request for attorney fees and costs. Accordingly,

**IT IS HEREBY ORDERED** that:

1. Counsel for Plaintiff shall, no later than 15 days from entry of this order, serve and file a memorandum, supported by the affidavit of counsel, establishing the amount of attorney's fees and costs incurred in the motion addressed in this order. The memorandum shall provide a reasonable itemization and description of the work performed, identify the attorney(s) or other staff member(s) performing the work, the customary fee of the attorney(s) or staff member(s) for such work, and the experience, reputation and ability of the attorney performing the work. The attorney's affidavit shall authenticate the information contained in the memorandum, provide a statement that the bill has been reviewed and edited, and a statement that the fees and costs charged are reasonable.

2. Counsel for Defendant shall have 15 days from service of the memorandum of costs and attorney's fees in which to file a responsive memorandum addressing the reasonableness of the costs and fees sought, and any equitable considerations deemed appropriate for the court to consider in determining the amount of costs and fees which should be awarded.

3. Counsel for Plaintiff shall have 11 days from service of the responsive memorandum in which to file a reply.

DATED this 15th day of December, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge