MARGARET A MCLETCHIE
Nevada Bar No.: 10931
ALINA M. SHELL
Nevada Bar No. 11711
**MCLETCHIE SHELL LLC**
701 East Bridger Ave., Suite 520
Las Vegas, Nevada 89101
(702) 728-5300
maggie@nvlitigation.com
*Attorneys for Plaintiff Filip C. Iacob*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FILIP C. IACOB,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, AND DOE DEFENDANTS I-X,<br><br>Defendants. | Case No.: 2:14-cv-00923-JAD-GWF<br><br>Eighth Judicial District Court<br>Case No.: A-14-70043-C<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE RESPONSE TO LAS VEGAS METROPOLITAN POLICE DEPARTMENT'S MOTION FOR SUMMARY JUDGMENT** (Doc. # 53)<br><br>**(Second Request)** |

COMES NOW, Plaintiff, Filip C. Iacob, by and through his attorneys, Margaret A. McLetchie and Alina M. Shell, of the law firm of McLetchie Shell, LLC, along with Defendant, Las Vegas Metropolitan Police Department ("LVMPD"), by and through its attorney, Nick D. Crosby, Esq. of the law firm Marquis Aurbach Coffing, and hereby agree and stipulate to extend the time for Plaintiff Filip C. Iacob to file his Response to Las Vegas Metropolitan Police Department's Motion for Summary Judgment, which is currently due on May 19, 2016, be extended to and including **June 2, 2016**. This is the second request for an extension of time.

This Stipulation for an extension of time is not sought for any improper purpose or

other purpose of delay, but in the interest of effectively representing Plaintiff's interests in this matter. Plaintiff will file his Response as soon as possible, no later than June 2, 2016.

DATED this 18th day of May, 2016.   DATED this 18th day of May, 2016.

/s/ Alina M. Shell   /s/ Nick D. Crosby, Esq.
MARGARET A. MCLETCHIE   NICK D. CROSBY, ESQ.
Nevada Bar No. 10931   Nevada Bar No.: 8996
ALINA M. SHELL   MARQUIS AURBACH COFFING
Nevada Bar No. 11711   10001 Park Run Drive
MCLETCHIE SHELL, LLC   Las Vegas, Nevada 89145
701 East Bridger Ave., Suite 520   (702)382-0711
Las Vegas, NV 89101   ncrosby@maclaw.com
(702) 728-5300   *Attorney for Defendants*
maggie@nvlitigation.com
*Attorneys for Plaintiff Filip Iacob*

**ORDER**

IT IS ORDERED that Plaintiff's response to Defendants' motion for summary judgment (Doc. #53) in the above-referenced matter is extended to **Thursday, June 2, 2016.**

DATED this 19th day of May, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

2