MARGARET A MCLETCHIE
Nevada Bar No. 10931
ALINA M. SHELL
Nevada Bar No. 11711
**MCLETCHIE SHELL LLC**
701 East Bridger Ave., Suite 520
Las Vegas, Nevada 89101
(702) 728-5300
maggie@nvlitigation.com
*Attorneys for Plaintiff Filip C. Iacob*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FILIP C. IACOB,<br><br>                Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, AND DOE DEFENDANTS I-X,<br><br>                Defendants. | Case No.: 2:14-cv-00923-JAD-GWF<br><br>Eighth Judicial District Court<br>Case No.: A-14-70043-C<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE OBJECTIONS TO LAS VEGAS METROPOLITAN POLICE DEPARTMENT'S BILL OF COSTS**<br><br>**(First Request)**  ECF No. 71 |

COMES NOW, Plaintiff, Filip C. Iacob, by and through his attorneys, Margaret A. McLetchie and Alina M. Shell, of the law firm of McLetchie Shell, LLC, along with Defendant, Las Vegas Metropolitan Police Department ("LVMPD"), by and through its attorney, Nick D. Crosby, Esq. of the law firm Marquis Aurbach Coffing, and hereby agree and stipulate to extend the time for Plaintiff Filip C. Iacob to file his Objections to Las Vegas Metropolitan Police Department's Bill of Costs, which is currently due on March 3, 2017, (*see* ECF No. 70) be extended to and including **March 17, 2017**. This is the first request for an extension of time.

This extension of time is necessary because counsel for Plaintiff have other deadlines that interfere with the preparation of Plaintiff's opposition to Defendant's Bill of Costs.

1

Specifically, counsel have an opening brief due February 24, 2017 in *Wolfson v. the Las Vegas Review Journal*, Nev. S. Ct. Case No. 70916, a reply and responding brief on cross-appeal due in *Desert Aire Wellness, LLC v. GB Sciences*, Nev. S. Ct. Case No. 70462 on February 27, 2017, and an opening brief due on March 3, 2017 in *Marvin Richard v. State*, Nev. S. Ct. Case No. 71288. In addition, counsel have until March 3, 2017 to amend pleadings in *Brandyn Gayler v. High Desert State Prison, et al.*, U.S. Dist. Ct. Case No. 2:14-cv-00769-APG-CWH, a § 1983 prisoner rights case in which counsel accepted appointment through the Federal Pro Bono Program.

This Stipulation for an extension of time is not sought for any improper purpose or other purpose of delay, but in the interest of effectively representing Plaintiff's interests in this matter. Plaintiff will file his Response as soon as possible, no later than March 17, 2017.

DATED this 21st day of February, 2017.         DATED this 21st day of February, 2017.

*/s/ Alina M. Shell*                                                 */s/ Nick D. Crosby, Esq.*
MARGARET A. MCLETCHIE                               NICK D. CROSBY, ESQ.
Nevada Bar No. 10931                                         Nevada Bar No. 8996
ALINA M. SHELL                                                    MARQUIS AURBACH COFFING
Nevada Bar No. 11711                                         10001 Park Run Drive
MCLETCHIE SHELL, LLC                                      Las Vegas, Nevada 89145
701 East Bridger Ave., Suite 520                       (702)382-0711
Las Vegas, NV 89101                                           ncrosby@maclaw.com
(702) 728-5300                                                     *Attorney for Defendant LVMPD*
maggie@nvlitigation.com
*Attorneys for Plaintiff Filip Iacob*

## ORDER

Based on the parties' stipulation [ECF No. 71] and good cause appearing, IT IS HEREBY ORDERED that **Plaintiff's deadline to file Objections to Defendants' Bill of Cots [ECF No. 70] is extended to Friday, March 17, 2017.**

DATED this 22nd day of February, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

2