**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
  Attorneys for LVMPD

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

FILIP C. IACOB,

                                    Plaintiff,

        vs.

LAS VEGAS METROPOLITAN
POLICE DEPARTMENT; AND DOE
DEFENDANTS I-X,

                                    Defendants.

Case No.:      2:14-cv-00923-JAD-GWF

## STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF BILL OF COSTS (FIRST REQUEST)

        Defendant, the Las Vegas Metropolitan Police Department ("LVMPD"), by and through its counsel of record, Nick D. Crosby, Esq. of Marquis Aurbach Coffing, and Plaintiff Filip Iacob ("Iacob"), by and through its counsel of Record, Margaret A. McLetchie, Esq. and Alina M. Shell, Esq. of McLetchie Shell, LLC, hereby agree to stipulate to extend the time for LVMPD to file its Reply in Support of Bill of Costs (Doc. 70) which is currently due March 24, 2017, to **March 31, 2017**.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 of 2

MAC:05166-795 3043761_1 3/24/2017 3:36 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1    This stipulation is made because LVMPD's counsel will be in depositions and prep from

2 March 22 through March 24, 2017.  As such, the stipulation for an extension of time is not for

3 any improper purpose or for the purpose of delay.

4    Stipulated this ___ day of March, 2017.        Stipulated this ___ day of March, 2017.

5    MCLETCHIE SHELL, LLC                            MARQUIS AURBACH COFFING

6

7    By: */s/ Maggie McLetchie*                      By: */s/ Nick D. Crosby*
     Maggie McLetchie, Esq.                           Nick D. Crosby, Esq.
8    Nevada Bar No. 10931                             Nevada Bar No. 8996
     701 East Bridger Ave., Suite 520                 10001 Park Run Drive
9    Las Vegas, Nevada 89101                          Las Vegas, Nevada 89145
     *Attorney for Plaintiff*                         *Attorney for LVMPD*

10

11                                **ORDER**

12    IT IS SO ORDERED that LVMPD's Reply in Support of the Bill of Costs (Doc. 70) in

13 the above-referenced matter is extended to March 31, 2017.

14    Dated: March 27, 2017.

15

16

17    _____
      UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

MAC:05166-795 3043761_1 3/24/2017 3:36 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816